# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY A. ARVAI,

          Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

Case No. 17-CV-351-JPS

**ORDER**

This case coming before the Court on the parties' stipulation for remand of this case (Docket #12), filed on June 23, 2017,

**IT IS ORDERED** that the parties' stipulation to remand the case (Docket #12) be and the same is hereby **ADOPTED**; this matter be and the same is hereby **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

**IT IS FURTHER ORDERED** that, on remand, the ALJ shall issue a new decision consistent with all applicable rules and regulations as interpreted in relevant Seventh Circuit case law.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 27th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge